```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRISCILIANO CRISTOBAL BONIFACIO,              :       21-CV-7418 (LJL) (RWL)
                                              :
                        Plaintiff,            :       ORDER
                                              :
           - against -                        :
                                              :
METRO COM 2 INC., et al.,                     :
                                              :
                        Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 23, 2022, the parties reported that they had reached an agreement to settle this case and would file a stipulation of discontinuance. Two and a half months have passed since then. Accordingly, by May 10, 2022, the parties shall file a stipulation of discontinuance or jointly file a status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      May 5, 2022
            New York, New York

Copies transmitted to all counsel of record.